**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLUB QUARTERS MANAGEMENT COMPANY, L.L.C.; CLUB QUARTERS FRANCHISE NETWORK, L.L.C.; CLUB QUARTERS MEMBERSHIP NETWORK, L.L.C.; and SHARED OPERATING SERVICES, L.L.C.,<br><br>Plaintiffs,<br><br>- against -<br><br>CQ DC ACQUISITION LLC<br>Defendant. | Case No. 1:26-cv-09393 |

**PLEASE TAKE NOTICE** that the undersigned, Kathleen Prystowsky, Esq. of the law firm Akerman LLP, 1251 Avenue of the Americas, 37th Floor, New York, New York, 10020, hereby appears as counsel for Plaintiffs Club Quarters Management Company, L.L.C., Club Quarters Franchise Network, L.L.C., Club Quarters Membership Network, L.L.C., and Shared Operating Services, L.L.C., and hereby requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon counsel at the below address, e-mail, telephone and facsimile numbers.

Dated: New York, New York
October 27, 2026

**AKERMAN LLP**

By: */s/ Kathleen Prystowsky*____________

Kathleen Prystowsky
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
keith.blackman@akerman.com

*Attorneys for Plaintiffs*