UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLUB QUARTERS MANAGEMENT COMPANY, et al.,

Plaintiffs,

-v-

CQ DC ACQUISITION LLC,

Defendant.

26cv9393 (DLC)

Order

DENISE COTE, District Judge:

It is hereby

ORDERED that a conference is scheduled for **November 6, 2026 at 3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
November 4, 2026

DENISE COTE
United States District Judge