UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB QUARTERS MANAGEMENT COMPANY, et al., Plaintiffs, -v- CQ DC ACQUISITION LLC, Defendant. | 26cv9393 (DLC) Order |

DENISE COTE, District Judge:

On October 27, 2026, the plaintiffs filed a motion for a preliminary injunction. For the reasons discussed on the record during the November 6 conference, it is hereby

ORDERED that the following briefing and oral argument schedule will address only the issue of irreparable harm.

IT IS FURTHER ORDERED that the defendant shall submit its brief opposing the plaintiffs' motion for a preliminary injunction by **November 11, 2026.** Any reply is due **November 13, 2026.**

IT IS FURTHER ORDERED that the parties shall submit Proposed Findings of Fact and Conclusions of Law by **November 13, 2026.**

IT IS FURTHER ORDERED that at the time of each filing, the filer shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that oral argument will be held on the motion for a preliminary injunction on **November 18, 2026 at 2:00 p.m.**

Dated: New York, New York
November 6, 2026

DENISE COTE
United States District Judge