UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLUB QUARTERS MANAGEMENT COMPANY, L.L.C.; CLUB QUARTERS FRANCHISE NETWORK, L.L.C.; CLUB QUARTERS MEMBERSHIP NETWORK, L.L.C.; and SHARED OPERATING SERVICES, L.L.C.,

Plaintiffs,

v.

CQ DC ACQUISITION LLC,

Defendant.

Case No. 26 Civ. 09393

**DECLARATION OF MEGHAN E. HILL IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Meghan E. Hill, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court, and a partner at the law firm Pryor Cashman LLP, counsel for CQ DC Acquisition LLC ("Owner" or "Defendant"), the defendant in the above-captioned action (the "Action"). I have personal knowledge of the matters set forth below.

2. I submit this Declaration in opposition to the motion for a preliminary injunction filed by plaintiffs Club Quarters Management Company, L.L.C. ("Manager"); Club Quarters Franchise Network, L.L.C. ("CQFN"); Club Quarters Membership Network, L.L.C. ("CQMN"); and Shared Operating Services, L.L.. ("SOS," and collectively, "Plaintiffs" or "Club Quarters "), dated October 27, 2026.

3. On October 27, 2026, Club Quarters filed the complaint in this action and simultaneously moved for a preliminary injunction and temporary restraining order. See ECF Doc. 1 and ECF Doc. 4 et seq.

4. The parties appeared before Judge Edgardo Ramos for the temporary injunction hearing on October 29, 2026, at which time Defendant extended Club Quarters' time to cure to November 15, 2026, as reflected in the minute order appearing on the docket for October 29, 2026. Accordingly, Plaintiffs withdrew their application for a TRO. See id.

5. After the parties appeared before this Court for the first time on November 6, 2026, Owner agreed to a second extension of Club Quarters' time to cure pursuant to the NOD, which now expires November 30, 2026.

6. At the November 6 hearing, the Court bifurcated the determination of Plaintiffs' motion for a preliminary injunction, ordering Owner to first submit opposition solely in response to the question of whether Club Quarters has established irreparable harm, as reflected in the minute order at ECF Doc. 20. This submission follows.

**Commented [BM1]:** As discussed, not sure what this has to do with irreparable harm?

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11, 2026, at New York, New York

Meghan E. Hill, Esq.