# EXHIBIT 5

**CQ DC ACQUISITION LLC**
**C/O AL SRAIYA HOTELS & HOSPITALITY GROUP**

September 22, 2026

**VIA OVERNIGHT FEDEX**

Club Quarters Management Company, L.L.C.
One Atlantic Street, 5th Floor
Stamford, Connecticut 06901
Attention: John Paul Nichols, President and CEO

Jon D. Horowitz
Vice President
Masterworks Development Corporation
49 West 45th Street, 8th Floor
New York, New York 10036

Re: Management Agreement, dated as of October 28, 2005 (as amended, the "Management Agreement"), between CQ DC Acquisition LLC c/o Al Sraiya Hotels & Hospitality Group (as assignee[1] of RCQ Hotel Operator DC, Inc. and RCQ Hotel DC, LLC) as Owner and Club Quarters Management Company, L.L.C. as Manager ("Manager"), with respect to the hotel known as Club Quarters Hotel, White House located at 839 17th Street NW, Washington, DC 20006 (the "Hotel").

**NOTICE OF DEFAULT**

The undersigned is the Owner of the Hotel.

**TAKE NOTICE** that, pursuant to the Management Agreement, Manager agreed to provide Owner with "all-inclusive hotel management services and access to its unique proprietary business concept and proprietary formulae developed and implemented by" Manager and its affiliates Club Quarters Franchise Network, LLC ("CQFN") and Club Quarters Membership Network, LLC ("CQMN," and collectively with CQFN and Manager, "CQ"). (Management Agreement at 1).

As explained in the Club Quarters Standards annexed to the Management Agreement, the "proprietary business concept and proprietary formulae" is an innovative "private, full service hotel model" allowing "Member organizations" to enjoy, among other things, "unique, high-tech & user friendly services for the business traveler in a club-like atmosphere." (Id. at Ex. A). Manager claimed the use of its proprietary business concept and proprietary formulae would lead to "superior results" for the Hotel (Customer List/Network Agreement at § 9(R)), justifying a total

---

[1] Owner was assigned all right, title and interest in and to the Management Agreement by that certain Assignment and Assumption of Management Documents dated as of July 19, 2016, among RCQ Hotel DC, LLC and RCQ Hotel Operator DC, Inc. as Seller and Owner as Purchaser ("Assignment Agreement").

fee (collectively across the Management Agreement, Customer List/Network Agreement and License and Royal Agreement) of more than 9.75% of Gross Revenues.

The "proprietary formulae" include the Development Formula, the Marketing Formula, and the Operating Formula, as set forth in the accompanying License and Royalty Agreement, dated as of October 28, 2005 between Owner and CQFN ("License Agreement")[2]. The Development Formula is CQ's "proprietary formula . . . for [hotel] site selection and analysis, [hotel] building design, configuration and construction that is intended to maximize revenue and minimize operating costs." (Id. at Art. 1). The Marketing Formula is "the unique method . . . to qualify and solicit users and set prices[,] substantially eliminating the need for discounting, payments to middlemen, and marketing and promotional expenses." (Id.) The Operating Formula is "the proprietary business concept . . . that includes methodologies and practices in each operating function that reduce operating costs and that are user-friendly to management and employees and that subject operating and capital expenditures to rigid scrutiny to ensure sufficient returns to warrant them." (Id.)

The proprietary business concept involves CQ's "Membership Network", comprised of the Club Quarters Customer Lists and the Club Quarters Customer Network, as set forth in the accompanying Customer List/Network Agreement, dated as of October 28, 2005 between Owner and CQMN ("CLN Agreement"[3] and, together with the Management Agreement and License Agreement, the "CQ Agreements"). Pursuant to the CLN Agreement, the Hotel is granted access to the Customer Lists and "the right to solicit customers (members)" to benefit the Hotel, as well as access to the Customer Network, "the system whereby Customers of any Club Quarters can use another Club Quarters hotel in accordance with rules and practices" of the Membership Network. (Id. at Art. 1).

**TAKE FURTHER NOTICE** that due to Manager's failure to maintain the proprietary business concept and proprietary formulae, Manager is in material default of its obligations under the Management Agreement, among other things; (i) to "use commercially reasonable efforts in carrying out [its] obligations to enhance the profitability and value of the [Hotel] ... within the parameters of the business model currently employed by Manager and its affiliates that is designed to provide value to guests of Club Quarters;" (Management Agreement at § 2(A)); (ii) to "oversee the implementation of the 'Membership Network' as is made available to the [Hotel] pursuant to the Customer List/Network Agreement" (id. § 2(B)(1)(f)); and (iii) to "ensure compliance with the policies, systems, procedures and protocol of a Club Quarters and compliance with the Club Quarters Standards" (id. § 2(B)(1)(a)).

---

[2] Owner was also assigned all right, title and interest in and to the License Agreement by the Assignment Agreement.
[3] Owner was also assigned all right, title and interest in and to the CLN Agreement by the Assignment Agreement.

**A. Manager's Abandonment of its Business Model and the CQ Brand**

Manager breached its obligation to "use commercially reasonable efforts . . . to enhance the profitability and value of the [Hotel] . . . within the parameters of the business model currently employed by Manager." (Management Agreement § 2(A)). As detailed below, Manager abandoned the "business model . . . employed by Manager" in favor of a new business venture that benefits CQ (and CQ's corporate parent, Masterworks) at Owner's expense. In its own words, CQ is "ventur[ing] into independent lifestyle hospitality with the launch and ownership" of two new non-Club Quarters hotels; by 2020, it had begun "a brand-wide transformation," which crystallized in 2024 with the "expan[sion]" of its "lifestyle footprint" and the launch of an independent management company, Altus Hospitality.

In violation of its contractual and fiduciary obligations, CQ is no longer seeking to open new hotels under the CQ brand. At the behest of Masterworks, CQ instead is deliberately reducing its footprint by re-branding multiple CQ-branded hotels (owned by Masterworks) under Altus' new brands, including CQ locations in Times Square and London (to be rebranded as "The Webster"), the CQ location in Boston (to be rebranded as "The Article"), and the CQ location in Dallas (rebranded as "Rusk House"). The rebranding of Club Quarters-flagged hotels (reducing the number of branded hotels from sixteen to ten) is a strategic departure from and breach of Manager's contractual and fiduciary obligations to Owner, designed to benefit CQ's corporate parent at Owner's expense.

CQ's breaches are significantly damaging Owner: the reduced brand footprint diminishes the brand's value proposition to prospective Members, leading to fewer Members and a correspondingly diminished Member/brand contribution to the Hotel. Owner is no longer receiving the "proprietary business concept" Manager committed to provide.

**B. Manager's Failure with Respect to the 'Membership Network'**

CQ's decision to refocus on its Altus Hospitality management business is also a breach of its obligation to oversee the implementation of the "Membership Network." (<u>See</u> Management Agreement § 2(B)(1)(f)). In violation of its contractual and fiduciary obligations, CQ no longer performs the customer-acquisition function it agreed to provide and used to justify its entitlement significant fees by "eliminating the need for discounting, payments to middlemen" such as OTAs. Manager now predominantly relies on the price discounting its proprietary formulae committed to eliminate.

Because of the decline in Member-derived revenue resulting from its own business decisions, the Hotel now relies on OTAs to obtain reservations, which achieve the lowest ADR of its booking channels at a significant commission cost to Owner. Manager has begun to under-project revenue in its proposed budgets in recognition of the steep decline in "Member"-generated revenue.

Manager's failure to enhance the profitability and value of the Hotel using its proprietary business model – cultivating the "Membership Network" embodied by the proprietary "Customer

Network" and "Customer Lists" – is an independent breach of Manager's contractual and fiduciary obligations.

**C. Manager's Failure with Respect to the Club Quarters Standards**

Manager also breached § 2(B)(1)(a) of the Management Agreement by failing to "ensure compliance with the Club Quarters Standards." The CQ Standards (annexed as Exhibit A to the Management Agreement) state that the CQ brand is "a private, full-service hotel model for business travelers" providing an "exclusive" experience with "restricted entry" to its Members and offering perks for its target business travelers.

CQ's member/brand contribution evidences Manager's complete departure from the Club Quarters Standards. In 2017, the year after Owner purchased the Hotel, Member contribution accounted for 58% of business by revenue, and 48% of business by number of room nights. Member-generated bookings also command higher rates: 2017 ADR for Member-generated bookings was $209.86, compared to only $142.97 for non-members.

Member contribution eroded as Manager redirected its efforts to its new business line, with Member contribution falling as low as 9% of revenues and currently hovering around 20%. OTAs now represent (by far) the largest booking channel for the Hotel, in violation of the CQ Standards of a private, exclusive destination and experience. This decline is directly attributable to Manager's abandonment of the CQ brand in favor of its new management vertical. While Manager claims it is prioritizing "re-invigorat[ing] member usage" and "focus[ing] on new member signings," its actions show the opposite: a deliberate shift away from the brand. The Hotel's loss of market share and overreliance on OTAs are the direct consequences of Manager's decision to walk away in favor of promoting its Altus Hospitality business. CQ has not merely underperformed – it has jettisoned the entire basis of the system that Owner bought.

This breach of Manager's contractual and fiduciary duties significantly and foreseeably damaged Owner. Fewer Club Quarters-flagged hotels means a smaller brand footprint, a smaller brand footprint means a diminished ability to attract and retain CQ Members, fewer Members means less Member contribution and additional reliance on lower-rated channels (primarily OTAs), and reliance on lower-related channels means lower rates and decreased RevPAR penetration for the Hotel.

**TAKE NOTICE THAT**, by virtue of the foregoing conduct, Manager is in default of, among other things, Sections 2(A)-(B), 3 and 5(A) and Exhibit A of the Management Agreement, which defaults have had a material adverse effect on the operation of the Hotel and Owner's rights under the Management Agreement.

**TAKE FURTHER NOTICE THAT**, pursuant to Sections 9(A)(2) and 9(A)(5) of the Management Agreement, Manager is hereby required to cure said Defaults on or before October 31, 2026, that being more than thirty (30) days after CQ's receipt of this notice, by (i) increasing the number of Club Quarters-branded hotels, in accordance with the Development Formula; (ii) growing the Customer Network and Customer Lists to increase Member contribution to match or

exceed the levels achieved at the time the Management Agreement was executed, in accordance with the Marketing Formula; (iii) operating the Hotel in accordance with the CQ Standards; and (iv) compensating Owner for all damages caused by the foregoing breaches in the amount of $2,273,643, representing the cumulative difference in EBITDA for 2023-2026 as the result of the Hotel's decline in Member contribution;

**TAKE FURTHER NOTICE THAT**, upon CQ's failure to cure the foregoing Defaults, Owner shall be entitled to, and may elect to, terminate the Management Agreement in accordance with Article 3 of the Management Agreement

**TAKE FURTHER NOTICE THAT**, Owner reserves its right to terminate the Management Agreement at law and/or in equity, including but without limitation, as a personal services contract and/or on grounds of a repudiatory breach of contract and/or terminate Manager as Owner's agent, or otherwise.

**TAKE FURTHER NOTICE THAT**, Owner reserves its right to terminate either or both of the License Agreement and the CLN Agreement upon the termination by Owner of the Management Agreement, pursuant to the cross-termination provisions in those agreements (License Agreement (§3(C)(2)) and the CLN Agreement (§3(C)(2)).

**TAKE FURTHER NOTICE THAT**, this Notice is being served upon Manager in accordance with Section 12(Q) of the Management Agreement, as amended by that certain Letter dated June 14, 2016 from Club Quarters Management Company, L.L.C. to RCQ Hotel DC, LLC.

**TAKE FURTHER NOTICE THAT,** in addition to all notice requirements under the Management Agreement, any response to this Notice should be directed to Owner's attorneys, Pryor Cashman LLP, 7 Times Square, New York, New York 10036; Attn: Todd E. Soloway, Esq. and Bryan T. Mohler, Esq.

Nothing herein or in any previous or subsequent communication shall constitute or otherwise be deemed to be a waiver, forbearance, or estoppel by Owner of its rights and remedies under the Management Agreement, the CLN Agreement or the License Agreement or at law, all of which remain in full force and effect and are reserved.

Sincerely,

CQ DC ACQUISITION LLC,

By: ______________________
Name: Rashid Nasser R. S. Al Kaabi
Title: Manager

cc: *via FedEx*
Mark Kronick, *Vice President*

Club Quarters
One Atlantic Street, 5th Floor
Stamford, CT 06901

*via e-mail*
Todd E. Soloway, Esq. (tsoloway@pryorcashman.com)
Bryan T. Mohler, Esq. (bmohler@pryorcashman.com)