UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLUB QUARTERS MANAGEMENT COMPANY, L.L.C.; CLUB QUARTERS FRANCHISE NETWORK, L.L.C.; CLUB QUARTERS MEMBERSHIP NETWORK, L.L.C.; AND SHARED OPERATING SERVICES, L.L.C.,<br><br>Plaintiffs,<br><br>- against -<br><br>CQ DC ACQUISITION LLC,<br><br>Defendant. | Case No. 1:26-cv-09393-DLC<br><br>**NOTICE OF PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF NATHALIE ABINADER OR, IN THE ALTERNATIVE, TO ACCEPT THE REPLY DECLARATION OF JOHN PAUL NICHOLS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Strike the Declaration of Nathalie Abinader or, in the Alternative, to Accept the Reply Declaration of John Paul Nichols, the Reply Declaration of John Paul Nichols, dated November 13, 2026 (the "Nichols Reply Declaration"), and all pleadings and proceedings had herein, Plaintiffs Club Quarters Management Company, L.L.C., Club Quarters Franchise Network, L.L.C., Club Quarters Membership Network, L.L.C., and Shared Operating Services, L.L.C. (collectively, "Plaintiffs") will move this Court, pursuant to the Court's inherent authority to manage its docket and courtroom and Federal Rule of Evidence 602, for an Order (i) striking the Declaration of Nathalie Abinader filed November 11, 2026 [Dkt. No. 28-2] (the "Abinader Declaration"), submitted by defendant CQ DC Acquisition LLC in opposition to Plaintiffs' motion for a preliminary injunction, or, in the alternative, (ii) accepting the Nichols Reply Declaration, directing that Ms. Abinader appear for cross-examination at the preliminary injunction hearing, and permitting limited, tailored discovery concerning Ms. Abinader's role and the basis for her purported knowledge in advance of such hearing; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York

November 13, 2026

**AKERMAN LLP**

By: *__/s/ Kathleen M. Prystowsky__*

Joshua D. Bernstein
Joshua.Bernstein@akerman.com
Kathleen M. Prystowsky
Kathleen.Prystowsky@akerman.com
Keith Blackman
Keith.Blackman@akerman.com
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
Fax: (212) 259-7181mailto:kathleen.prystowsky@akerman.com

*Attorneys for Plaintiffs Club Quarters Management Company LLC, Club Quarters Franchise Network, L.L.C., Club Quarters Membership Network, L.L.C., and Shared Operating Services, L.L.C.*